IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02529-MSK-BNB

AUDREY CAULKINS,

Plaintiff,

v.

EISENBURG, WHITMAN & ASSOCIATES, LLC,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Strike** [Doc. # 17, filed 12/30/2013], which is GRANTED.

The action, which asserts a claim under the Fair Debt Collection Practices Act, was commenced by the filing of a Complaint [Doc. # 1] on September 16, 2013. No answer or other response was received, and the Clerk of the Court entered default on October 28, 2013.

On December 23, 2013, a letter [Doc. # 16] (the "Letter") signed by Patricia Kanas, purporting to be the "Administrator" for the defendant was received by the court. The Letter appears to be a response to the Complaint. Ms. Kanas does not indicate that she is a lawyer, and she is not a member of the bar of this court.

The Complaint identifies the defendant as a limited liability corporation. A corporation must be represented by a lawyer who is a member of the bar of this court. Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 414 (10th Cir. 1962) (noting that "[t]he rule is well established that a corporation can appear in a court of record only by an attorney at law"); Wallic

<u>v. Owens-Corning Fibreglass Corp.</u>, 40 F. Supp. 2d 1185, 1188 (D. Colo. 1999) (stating that "a corporate defendant . . . and a limited liability organization . . .[may] only appear through counsel admitted to the bar of this court"); D.C.COLO.LCivR 11.1(a) (providing that "[o]nly unrepresented individual parties and members of this court's bar may appear or sign a pleading, motion, or other document").

    IT IS ORDERED:

    (1)    The Motion to Strike [Doc. # 17] is GRANTED;

    (2)    The Letter [Doc. # 16] is STRICKEN; and

    (3)    The Clerk of the Court is directed to mail a copy of this order to Eisenburg, Whitman & Associates, 7751 Kingspointe Parkway, Suite 106, Orlando, Florida 32819.

    Dated January 2, 2014.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge